IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES EDWARD JOHNSON                                                    PETITIONER
REG. #83808-180

V.                              2:15-cv-00140 JLH-JTK

C.V. RIVERA, Warden                                                       RESPONDENT
FCI - Forrest City

## ORDER

Petitioner filed this petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2241 (Doc. No. 2). Since his petition attacks the validity of his sentence, the Court construes his petition as being brought pursuant to 28 U.S.C. § 2255. *See id.* at § 2255(a)[1]. Only the sentencing Court has jurisdiction to hear a § 2255 petition. Therefore, this case is immediately transferred to the Honorable Walter S. Smith in the United States District Court for the Western District of Texas (Waco Division) for further proceedings. All pending motions are denied as moot.

IT IS SO ORDERED this 17th day of September, 2015.

_____
United States Magistrate Judge

---

[1] Petitioner notes in his § 2241 petition that he has already filed a § 2255 petition that challenged this conviction or sentence; and he has also filed a motion to the United States Court of Appeals seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence.